UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHAEL BOWMAN, *et al.*,

    Plaintiffs,

vs.

PHOENIX TRINITY MANUFACTURING, INC., *et al.*,

    Defendants.

Case No. 3:18-cv-332

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

___

**ORDER AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (DOC. 25); (2) GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS (DOC. 19); AND (3) STAYING THESE PROCEEDINGS PENDING ARBITRATION**
___

    The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (Doc. 25), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation (Doc. 25) is **ADOPTED** in full; (2) Defendants' motion to compel arbitration and to stay proceedings (Doc. 19) is **GRANTED**; and (3) **STAYING** this case pending arbitration.

    **IT IS SO ORDERED.**

Date:  December 31, 2019                  \*s/Thomas M. Rose
                                                                         Thomas M. Rose
                                                                          United States District Judge