UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHAEL BOWMAN, *et al.*,

    Plaintiffs,

vs.

PHOENIX TRINITY
MANUFACTURING, INC., *et al.*,

    Defendants.

Case No. 3:18-cv-332

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

---

### ORDER

---

In light of this case having been stayed pending arbitration proceedings, the undersigned concludes that the reference to this judicial officer has expired. The parties are **ORDERED** to jointly file a status report with the Court on or before **March 1, 2021** and every **thirty (30) days** thereafter until termination of this case on the docket. The Clerk shall note that (1) referral of this case to the undersigned Judicial Officer has expired; and (2) no motion or other matter referred to the undersigned in this case remains pending.

    **IT IS SO ORDERED.**

Date:  October 26, 2020

s/ Michael J. Newman
Michael J. Newman
United States Magistrate Judge