UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **MICHAEL BOWMAN**, *et al.*, | : |
| | :    Case No.: 3:18-cv-332 |
| Plaintiffs, | : |
| | : |
| v. | : |
| | :    **Judge Thomas M. Rose** |
| **PHOENIX TRINITY MANUFACTURING, INC.**, *et al.* | : |
| | : |
| Defendants. | : |
| | : |

**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT (DOC. 45) AND TERMINATING CASE**

Pending before the Court is Plaintiffs' Motion for Summary Judgment. (Doc. 45). Plaintiffs Michael Bowman and James Adams brought suit against Defendants Phoenix Trinity Manufacturing, Inc. and its part owner, Tiffany Williams, Doc. 1, asserting violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and the Ohio Minimum Fair Wage Standards Act, O.R.C. Chapter 4111 et seq. Defendants moved the Court to compel arbitration, doc. 19, which the Court granted. Doc. 25, 27.

The arbitrator ruled in favor of Plaintiffs, doc. 40-3, with regard to Phoenix Trinity Manufacturing, but determined that Tiffany Williams was not a party to the arbitration agreement. Id. The Court granted an unopposed Motion to Enforce Judgment against Phoenix Trinity Manufacturing. Doc. 40, 41. Plaintiffs then moved for entry of a final judgment against Phoenix Trinity Manufacturing, doc. 43, which the Court granted without opposition.

Now Plaintiffs have moved for Summary Judgment against Tiffany Williams, asserting issue preclusion as the issues litigated in arbitration involve the same issues remaining against Tiffany Williams, the issues were litigated during arbitration, and Williams is in privity with Phoenix Trinity Manufacturing. This motion, like Plaintiffs' other motions, is unopposed.

The Court has reviewed Plaintiffs' motion and the attached declaration. The Court finds the motion meritorious. For the reasons stated in Plaintiffs' motion, the Court finds that Plaintiffs are entitled to summary judgment against Defendant Tiffany Williams based on their unpaid overtime claims under Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA"), and Ohio Minimum Fair Wage Standards Act, O.R.C. Chapter 4111 et seq. ("Chapter 4111"). Plaintiffs are awarded judgment against Defendant Tiffany Williams as follows:

- An amount of $17,831.24 in compensatory damages to Plaintiff Bowman;
- An amount of $17,831.24 in liquidated damages to Plaintiff Bowman;
- An amount of $11,124.00 in compensatory damages to Plaintiff Adams;
- An amount of $11,124.00 in liquidated damages to Plaintiff Adams;
- An amount of $5,589.05 in costs to Plaintiffs' counsel on behalf of Plaintiffs; and,
- An amount of $81,905.60 in attorney's fees to Plaintiffs' counsel on behalf of Plaintiffs.

This resolving all of Plaintiffs' claims, the instant case is **TERMINATED** on the dockets of the United States District Court for the Southern District of Ohio, Western Division at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio on Friday, April 14, 2023.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE